USDC SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

PATRICIA CARTER,

               Defendant.

- - - - - - - - - - - - - - - - x

MISDEMEANOR
INFORMATION

07 Cr.

**07 CRIM 634**

COUNT ONE

The United States Attorney charges:

From on or about August 23, 2004, to on or about September 24, 2004, PATRICIA CARTER, the defendant, unlawfully, willfully, and knowingly, in the Southern District of New York and elsewhere, did take and carry away, with the intent to steal and purloin, property and money and things of value not exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of, a bank, credit union, and savings and loan association, to wit, CARTER sold a stolen check to another individual with the intent that the other individual would fraudulently cash the check.

(Title 18, United States Code, Sections 2113(b) & 2.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

JUL 1 2 2007