UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :    MISDEMEANOR
         - v. -               :    INFORMATION
                              :
PATRICIA CARTER,              :    S1 07 Cr. 634
                              :
         Defendant.           :
- - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From on or about February 9, 2006, through on or about October 20, 2006, in the Southern District of New York, PATRICIA CARTER, the defendant, knowing that an offense against the United States had been committed, namely, obstruction of mail, in violation of Title 18, United States Code, Section 1701, unlawfully, willfully, and knowingly did receive, relieve, comfort and assist the offender in order to hinder and prevent his apprehension, trial and punishment, to wit, CARTER lied to agents of the Federal Bureau of Investigation to prevent the agents from apprehending the offender.

(Title 18, United States Code, Section 3.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**PATRICIA CARTER,**

Defendant.

**INFORMATION**

07 Cr. 634

(18 U.S.C. § 3)

                        MICHAEL J. GARCIA
                United States Attorney.